# EXHIBIT A

06/23/2022     $7,500.00

06/30/2022     $7,500.00

07/07/2022     $7,500.00

07/14/2022     $7,004.00

07/28/2022     $400.00